IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TATENDA NYANHONGO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-1879 |
| | : | |
| NCB MANAGEMENT SERVICES, INC. | : | |

## **ORDER**

AND NOW, this 31st day of March, 2026, upon consideration of Defendant NCB Management Services, Inc.'s Motion to Dismiss (Dkt. No. 6), the briefings on the Motion, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED.

It is further ORDERED that Plaintiff Tatenda Nyanhongo's Complaint (Dkt. No. 1) is DISMISSED WITHOUT PREJUDICE.  Nyanhongo is permitted to file an Amended Complaint on or before **April 16, 2026**.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.