IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TATENDA NYANHONGO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-1879 |
| | : | |
| NCB MANAGEMENT SERVICES, INC. | : | |
| *d/b/a NCB* | : | |

**ORDER**

AND NOW, this 14th day of August, 2026, upon consideration of Defendant NCB Management Services, Inc.'s Motion to Dismiss the First Amended Complaint (ECF No. 12), the briefings on the Motion, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.